Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| NACINOVICH, DANIEL | ) | Case No. 10-21041-PHX |
| | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | REPORT OF NO DISTRIBUTION |
| | ) | AND MOTION TO REOPEN CASE |
| Debtor(s) | ) | |
| | ) | |

      Maureen Gaughan, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution, and moves to reopen this case so that these assets may be administered.

      The reopening fee shall be paid by the Trustee from the Estate as there are sufficient estate funds.

June 18, 2019                        _/S/__ Maureen Gaughan_____
    Date                               Maureen Gaughan, Trustee