# Notice Recipients

District/Off: 0970−2 User: learys Date Created: 6/26/2019
Case: 2:10−bk−21041−BKM Form ID: pdf006 Total: 4

**Recipients of Notice of Electronic Filing:**
ust U.S. TRUSTEE USTPRegion14.PX.ECF@USDOJ.GOV
tr MAUREEN GAUGHAN maureen@mgaughan.com
aty MAUREEN GAUGHAN maureen@mgaughan.com
TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db DANIEL NACINOVICH 15802 N 38TH DR PHOENIX, AZ 85053
TOTAL: 1